Joseph LARTONOIX, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 80411.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 15, 2002.

Lawrence L. Pratt, Assistant Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and CHARLES B. BLACKMAR, Sr. J.

### ORDER

PER CURIAM.

Joseph Lartonoix ("movant") appeals the judgment of the motion court denying his motion for post-conviction relief pursuant to Missouri Supreme Court Rule 24.035 on the merits without evidentiary hearing. In his motion, movant claims his guilty plea was involuntarily entered, and he was denied effective assistance of counsel.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose

888

would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).